UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | 3:12-md-02385-DRH<br><br>MDL No. 2385 |

**This Document Relates To:**

*Robert Radzevich v. Boehringer Ingelheim Pharmaceuticals Inc., et al*    No. 14-cv-60041-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on March 27, 2015 the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT


BY:  /s/*Caitlin Fischer*
         Deputy Clerk

**Dated:** March 27, 2015

Digitally signed by
David R. Herndon
Date: 2015.03.27
18:27:30 -05'00'

**APPROVED:**
    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT